# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-20-GF-BMM** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **CHARLES CONNOR CLARK,** | |
| Defendant. | |

Upon the request of the United States, and for good cause shown,

IT IS ORDERED that the warrant for the arrest of Charles Connor Clark be quashed.

IT IS FURTHER ORDERED that Clark's pretrial release conditions (Doc. 14) are modified to include the following additional conditions:

**1.     Home Incarceration: You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or other activities specifically approved by the court, the pretrial services office, or supervising officer.**

2. **Submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.**

DATED this 8th day of June, 2020.

John Johnston
United States Magistrate Judge