# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-20-20-GF-BMM |
| Plaintiff, | |
| vs. | |
| CHARLES CONNOR CLARK, | |
| Defendant. | |

This matter came before the court on the Government's motion to revoke the Defendant's pretrial release. (Doc. 30)  An initial appearance on pretrial release violation was held on July 14, 2020. (Doc. 34.)  At that hearing, the Defendant agreed that he violated conditions of release, that his pretrial release should be revoked, and that he should be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that Defendant's pretrial release is revoked and he is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections

facility must deliver the Defendant to the United States marshal for a court

appearance.

DONE AND DATED this 15th day of July 2020.


John Johnston
United States Magistrate Judge