THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CONNOR CLARK,<br><br>Defendant. | CR 20-20-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I.  Synopsis

Defendant Charles Connor Clark (Clark) has been accused of violating conditions of his supervised release. (Doc. 70). Clark admitted the alleged violation. Clark's supervised release should be revoked.  Clark should be placed in custody until 4:30 p.m. on July 22, 2024, with 34 months of supervised release to follow. During the first 60 days of Clark's supervised release, he shall be placed in in-patient treatment facility such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Clark shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

## II.   Status

Clark plead guilty on March 17, 2021, to the offense of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. § 113(a)(6), 1153(a) as charged in Count 1 of the Superseding Information. (Doc. 59).  Clark was sentenced to 40 months of custody followed by 3 years of supervised release. (Doc. 66).  Clark's current term of supervised release began on June 27, 2023.

### Petition

On July 10, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Clark's supervised release. (Doc. 70). The Petition alleged Clark violated the conditions of his supervised release by: (1) failing to refrain from the use of a controlled substance admitting to using methamphetamine and testing positive for methamphetamine on July 9, 2024.

### Initial Appearance

Clark appeared before the Court on July 17, 2024.  Clark was represented by counsel.  Clark stated that he had read the Petition and that he understood the allegation against him.  Clark waived his right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on July 17, 2024.  Clark admitted that he had violated the conditions of supervised release as set forth in the Petition

by: (1) failing to refrain from the use of a controlled substance, admitting to using methamphetamine and testing positive for methamphetamine on July 9, 2024. Clark's violation is serious and warrant revocation of his supervised release.

### Sentencing hearing

Clark appeared before the Court on July 17, 2024.  Clark's violation is a Grade C violation.  His criminal history category is I.  Clark's underlying offense is a Class C felony.  Clark could be incarcerated for up to 24 months. Clark could be ordered to remain on supervised release for 36 months less any custody time.  The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### Analysis

Clark's supervised release should be revoked.  Clark should be placed in custody until 4:30 p.m. on July 22, 2024, with 34 months of supervised release to follow.  During the first 60 days of Clark's supervised release, he shall be placed in an in-patient treatment facility such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Clark shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

### III.   Conclusion

The Court informed Clark that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed

Clark of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Clark that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

> That CHARLES CONNOR CLARK. has violated the conditions of his supervised release by: (1) failing to refrain from the use of a controlled substance admitting to using methamphetamine and testing positive for methamphetamine on July 9, 2024.

The Court **RECOMMENDS:**

> That the District Court revoke Clark's supervised release and place Clark in custody until 4:30 p.m. on July 22, 2024, with 34 months of supervised release to follow. During the first 60 days of Clark's supervised release, he shall be placed in an in-patient treatment facility such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Clark shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.

Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 19th day of July 2024.

John Johnston
United States Magistrate Judge