IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CONNOR CLARK,<br><br>Defendant. | CR-20-20-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 19, 2024. (Doc. 79.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 17, 2024. (Doc. 74.) The United States accused Charles Clark (Clark) of violating his conditions of

supervised release by: (1) failing to refrain from the use of a controlled substance admitting to using methamphetamine and testing positive for methamphetamine on July 9, 2024 ( (Doc. 70.)

At the revocation hearings Clark admitted to having violated the conditions of his supervised release by: (1) failing to refrain from the use of a controlled substance admitting to using methamphetamine and testing positive for methamphetamine on July 9, 2024   (Doc.74.)

Judge Johnston found that the violation Clark admitted proves serious and warrants revocation of his supervised release and recommends a sentence until 4:30 p.m. on July 22, 2024, with 34 months of supervised release to follow. During the first 60 days of Clark's supervised release, he shall be placed in an in-patient treatment facility such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Clark shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.  (Doc.79.)  Clark was advised of his right to appeal and his right to allocute before the undersigned.  (Doc.74.)

The violation proves serious and warrants revocation of Clark's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 79.) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Charles Connor Clark be sentenced to a term of custody Clark should be placed in custody until 4:30 p.m. on July 22, 2024, with 34 months of supervised release to follow. During the first 60 days of Clark's supervised release, he shall be placed in an in-patient treatment facility such as Connections Corrections. Upon successful completion of the Connections Corrections or similar in-patient treatment program, Clark shall reside in a sober living facility such as Blue Thunder for up to 180 days as directed by his probation officer.

DATED this 6th day of August, 2024.

_____
Brian Morris, Chief District Judge
United States District Court